# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/26/2013                                                                  Case Number 2:13-cv-15487
Case Style: Holland vs. US Department of Health and Human Services
Type of hearing Telephonic Status Conference
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                      Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Jeremiah Dys,Jeffrey Mateer,Allen Prunty


Attorney(s) for the Defendant(s) Michelle Bennett and Stephen Horn


Law Clerk Anna Forbes                                                            Probation Officer N/A

## Trial Time

## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

## Court Time

10:02     to 10:10
Total Court Time: 0 Hours 8 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start:  10:00 a.m.
Actual Start:  10:02 a.m.

Court addresses status of case.  Court sets briefing as follows:  Defendant shall respond to filings no later than July 9 and  Plaintiff's reply shall be filed no later than July 19.  Court schedules preliminary injunction hearing for July 23, 2013, at 1:30 p.m.

Cour recessed:  10:10 a.m.