IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH B. HOLLAND, JR.**; and **JOE HOLLAND CHEVROLET, INC**., a West Virginia Corporation,

        Plaintiffs,

CIVIL ACTION NO. 2:13-cv-15487

v.

**THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **KATHLEEN SEBELIUS**, in her official capacity as Secretary of the United States Department of Health and Human Services; **THE UNITED STATES DEPARTMENT OF LABOR**; **SETH D. HARRIS**, in his official capacity as Acting Secretary of the United States Department of Labor; **THE UNITED STATES DEPARTMENT OF THE TREASURY**; and **JACOB LEW**, in his official capacity as Secretary of the United States Department of the Treasury,

        Defendants.

## CORPORATE DISCLOSURE STATEMENT OF JOE HOLLAND CHEVROLET, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Joe Holland Chevrolet, Inc., makes the following disclosure:

1. Is the party a non-governmental corporate party?

    **Yes.**

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation.

    **There is no such corporation.**

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    **There is no such corporation.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned will promptly file a supplemental Corporate Disclosure Statement upon any change in the information that this statement requires.

**JOE HOLLAND CHEVROLET, INC.**

By Counsel

_____/s/Allen Prunty_____
Kent J. George (WV Bar #4842)
William C. Porth (WV Bar #2943)
Allen R. Prunty (WV Bar #2989)
Brian E. Calabrese (WV Bar #12028)
ROBINSON & McELWEE, PLLC
700 Virginia Street, East - Suite 400
Charleston, West Virginia 25301
(304) 344-5800

Jeffrey C. Mateer (TX Bar No. 13185320)
Hiram S. Sasser, III (TX Bar No. 24039157)
LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
(972) 941–4444

Jeremiah G. Dys (WV Bar #9998)
The Family Policy Council of WV
P.O. Box 566
Charleston, WV 25322
(304)-881-5196