## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH B. HOLLAND, JR.**; and **JOE HOLLAND CHEVROLET, INC**., a
West Virginia Corporation,

                Plaintiffs,

v.                                          Civil Action No. 2:13-cv-15487

**THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*,

                Defendants.

### MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR
### TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION

COME NOW Joseph B. Holland, Jr. and Joe Holland Chevrolet, Inc. (the "Plaintiffs"), by counsel, and state the following in support of this Motion to Withdraw Plaintiffs' Motion for Temporary Restraining Order & Preliminary Injunction:

1. On June 24, 2013, the Plaintiffs filed a Complaint and a Motion for Temporary Restraining Order & Preliminary Injunction. In their filings, the Plaintiffs asserted that the insurance plan that they provided to their employees prior to July 1, 2013, had not included coverage for certain FDA approved contraceptives with abortive effect, including Plan B pharmaceuticals and *ella* (the "Objectionable Drugs").

2. On July 1, 2013, the Court entered an Order scheduling a preliminary injunction hearing for July 23, 2013.

3.   On July 5, 2013, a telephonic status conference was held.  At this conference, as Plaintiffs' counsel recalls, the undersigned stated that the health insurance plan that the Plaintiffs currently provide to their employees does not include coverage of the Objectionable Drugs.

4.   On July 9, 2013, the Defendants filed their response to the Plaintiff's Motion for Temporary Restraining Order & Preliminary Injunction.

5.   On July 18, 2013, the Plaintiffs obtained information suggesting that certain statements made in their June 24, 2013, filings and at the July 5, 2013, status conference were incorrect.  The Plaintiffs learned that their current insurance plan covers the Objectionable Drugs.  Thereafter, the Plaintiffs learned that the insurance plan that they provided to their employees covered the Objectionable Drugs prior to July 1, 2013.

6.   The Plaintiffs and the undersigned apologize for their incorrect statements.  These statements were made in good faith, based on their understanding of the facts at the time.

7.   The Plaintiffs now believe that they cannot appropriately proceed with their request for a preliminary injunction.  Therefore, the Plaintiffs respectfully request that their Motion for Temporary Restraining Order & Preliminary Injunction be withdrawn and that the hearing scheduled for July 23, 2013, be cancelled.

8.   The Plaintiffs anticipate filing an amended complaint and proceeding with the present litigation seeking a declaratory judgment and permanent injunction.

Respectfully submitted this 22nd day of July, 2013.


**JOSEPH B. HOLLAND, JR.**
**JOE HOLLAND CHEVROLET, INC.**

By Counsel

2

*/s/ Allen R. Prunty*_____
Kent J. George (WV Bar # 4842)
William C. Porth (WV Bar # 2943)
Allen R. Prunty (WV Bar # 2989)
Brian E. Calabrese (WV Bar # 12028)
ROBINSON & MCELWEE, PLLC
700 Virginia Street, East – Suite 400
Charleston, West Virginia 25301
(304) 344-5800

Jeffrey C. Mateer
Texas State Bar No. 13185320
Hiram S. Sasser, III
Texas State Bar No. 24039157
LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
(972) 941–4444

Jeremiah G. Dys (WV Bar #9998)
The Family Policy Council of WV
P.O. Box 566
Charleston, WV 25322
(304)-881-5196

<u>**CERTIFICATE OF SERVICE**</u>

I, Allen R. Prunty, counsel for Plaintiffs Joseph B. Holland, Jr., and Joe Holland Chevrolet, Inc., hereby certify that on the 22nd day of July, 2013, I filed the foregoing Motion to Withdraw Plaintiffs' Motion for Temporary Restraining Order & Preliminary Injunction with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Michelle Renee Bennett and Stephen M. Horn, counsel for Defendants, and Sarah Austin Rogers, counsel for Amicus Curiae ACLU of West Virginia Foundation; and, further, I certify that I served a true and correct copy of the foregoing Motion upon the following counsel of record by United States Mail, first class postage prepaid, on the 22nd day of July, 2013:

Daniel Mach
ACLU Foundation
915 15th Street – 6th Floor
Washington, DC 20005
*Counsel for American Civil Liberties Union Foundation*

Jennifer Lee
ACLU Foundation
125 Broad Street – 18th Floor
New York, NY 10004
*Counsel for American Civil Liberties Union Foundation*

/s/ Allen R. Prunty
Allen R. Prunty (WV Bar # 2989)

4