IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOSEPH B. HOLLAND, JR., et al.,

        Plaintiffs,

v.                                    CIVIL ACTION NO.   2:13-cv-15487

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

        Defendants.

**ORDER**

Pending before the Court is the Plaintiff's motion to withdraw the motion for temporary restraining order and preliminary injunction.  For good cause shown, the motion [ECF 26] is **GRANTED**, and the motion for temporary restraining order and preliminary injunction [ECF 2] is **WITHDRAWN**.  Further, the preliminary injunction hearing currently scheduled for July 23, 2013, is **CANCELED.**

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                    ENTER:       July 22, 2013

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE