# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

JOSEPH B. HOLLAND, JR.; and
JOE HOLLAND CHEVROLET, INC.,
a West Virginia Corporation,

                Plaintiffs,

v.                                                     Civil Action No. 2:13-cv-15487

THE UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES, *et al.,*

                Defendants.

## CONSENT ORDER GRANTING PRELIMINARY INJUNCTION

**IT IS HEREBY ORDERED** that Defendants, their employees, agents, and successors in office are hereby preliminarily **ENJOINED** until further order of the Court from enforcing against Plaintiffs, and their employee health plans, the group health coverage provided in connection with such plans, and/or their insurers, the statute and regulations that require Plaintiffs to provide their employees insurance coverage for "[a]ll Food and Drug Administration approved contraceptive methods, sterilization procedures, and patient education and counseling for all women with reproductive capacity," 77 Fed. Reg. 8725 (Feb. 15, 2012), as well as any penalties, fines, assessments, or any other enforcement actions for noncompliance, including but not limited to those found in 26 U.S.C. §§ 4980D, 4980H, and 29 U.S.C. §§ 1132, 1185d.

       **IT IS FURTHER ORDERED** that no bond is required.

       **IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                          ENTER:  July ___, 2014

                                          _____
                                          THOMAS E. JOHNSTON
                                          UNITED STATES DISTRICT JUDGE

Agreed:


*/s/* Allen R. Prunty_____
Kent J. George (WV Bar #4842)
William C. Porth (WV Bar #2943)
Allen R. Prunty (WV Bar #2989)
Brian E. Calabrese (WV Bar #12028)
ROBINSON & MCELWEE, PLLC
700 Virginia Street, East – Suite 400
Charleston, West Virginia 25301
(304) 347-8307
*Counsel for Joseph B. Holland, Jr.,*
*and Joe Holland Chevrolet, Inc.*

and


*/s/* Michelle R. Bennett_____
Michelle R. Bennett (CO Bar #37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. – Room 7310
Washington, D.C. 20530
(202) 305-8902
Email: michelle.bennett@usdoj.gov
*Counsel for United States Department of*
*Health and Human Services; Sylvia Burwell,*
*Secretary of the United States Department of*
*Health and Human Services; United States*
*Department of Labor; Thomas E. Perez,*
*Secretary of the United States Department*
*of Labor; United States Department of the*
*Treasury; and Jacob J. Lew, Secretary of*
*the United States Department of the Treasury*